UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
American Asset Finance, LLC 973-304-6004

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
American Asset Finance, LLC
535 High Mountain Road
Suite 210
North Haledon, NJ 07508
USA

FILING NUMBER: 11-0000693626
FILING DATE: 01/07/2011 12:54 PM
DOCUMENT NUMBER: 349265410002
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| The Corea Firm, PLLC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1201 Elm St., Suite 4150 | Dallas | TX | 75270 | USA |

| 1d. TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. ORG JURISDICTION | 1g. ORG. ID #, if any |
|---|---|---|---|---|
| | | Prof Liability Corp. | TX | ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Corea | Thomas | M. | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1201 Elm St., Suite 4150 | Dallas | TX | 75270 | USA |

| 2d. TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. ORG JURISDICTION | 2g. ORG. ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TD Bank, NA | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1100 Lake St. | Ramsey | NJ | 07446 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All of debtor's right, title, and interest in the matter entitled Howard Wright, Individually and on Behalf of the Estate of Hale Wright v. HealthSouth Corporation, et al., In the District Court of Tarrant County, Texas, 141st Judicial District, Cause No. 141-241429-09.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum    [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Corea/Wright - UCC 1

FILING OFFICE COPY