**Tim Foley**

**From:** Tim Foley
**Sent:** Monday, February 07, 2011 5:51 PM
**To:** 'Tom Corea'
**Subject:** RE: Do you want to be sued?

I requested information regarding the Medicare lien, which was not mentioned until just recently, and you did not reply. Please provide it. Thank you.

Timothy J. Foley, Esq.
**AMERICAN ASSET FINANCE, LLC**
535 High Mountain Road, Suite 210
North Haledon, NJ 07508
Phone: 973-304-6004, x.103
Facsimile: 973-304-6011
E-mail: tfoley@amasset.com

ATTENTION: This communication is covered by the Electronic Communications Privacy Act, found at 18 U.S.C. 2510 et. seq. and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert AMERICAN ASSET FINANCE, LLC by reply e-mail and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments, and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Tom Corea [mailto:TCorea@corealaw.com]
**Sent:** Monday, February 07, 2011 5:46 PM
**To:** Tim Foley
**Subject:** Do you want to be sued?

Tim,

You are NOT to contact any third parties concerning this matter. As indicated, your funds are being distributed the moment any distributions are allowed to be made, pursuant to federal law, after the medicare lien is satisfied. I expect that this should be resolved by the end of this week.

If you contact Mr. LaMendola again, I will sue you in a Texas state court.

# Thomas M. Corea, Esq.
*Trial Lawyer and Managing Partner*
# THE COREA FIRM, PLLC
*THE FORTY FIRST FLOOR*
RENAISSANCE TOWER
1201 Elm Street
DALLAS, TEXAS 75270
Telephone: 214.953.3900 Facsimile: 214.953.3901
*w w w . c o r e a l a w . c o m*
# JUSTWIN.

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail message, including any attachments hereto, contains confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate this e-mail, or accompanying attachments unless you are both the addressee and the intended recipient. If you are not both the addressee and the intended recipient, or have otherwise received this message in error, please

3/15/2011

call us 214.953.3900 and ask to speak with the message sender. Also, please forward the message back to us and delete the message from your inbox and deleted items folder. Thank you.

3/15/2011